No. 655. BURLINGTON TRANSPORTATION CO. *v.* STOLTZ. C. A. 10th Cir. Certiorari denied. *A. X. Erickson* for petitioner. *Clay R. Apple* for respondent.

No. 601. ATLANTIC COAST LINE RAILROAD CO. ET AL. *v.* ST. JOE PAPER CO. ET AL. C. A. 5th Cir. Certiorari denied. *John W. Davis, Edgar G. Crossman, Edward W. Bourne, Charles Cook Howell* and *Richard B. Gwathmey* for petitioners. *James F. Byrnes, Giles J. Patterson* and *Donald Russell* for the St. Joe Paper Co.; *Robert R. Milam, Fred N. Oliver* and *Willard P. Scott* for Lynch et al.; *Clifton S. Thomson, Chester Bedell, Robert M. McCulloch* and *Gerhard R. Gerhard* for the Manhattan Company et al.; and *John M. Allison* for Conn, respondents.

No. 217, Misc. CRADLE *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Perlman, Assistant Attorney General McInerney, Robert S. Erdahl* and *Felicia H. Dubrovsky* for the United States.

No. 365, Misc. BALL *v.* ALABAMA. Supreme Court of Alabama. Certiorari denied. *G. Ernest Jones* and *G. Ernest Jones, Jr.* for petitioner. *A. A. Carmichael,* Attorney General of Alabama, and *James T. Hardin,* Assistant Attorney General, for respondent.

No. 424, Misc. SIMPSON *v.* LOUISIANA. Supreme Court of Louisiana. Certiorari denied. *G. Wray Gill* for petitioner.